No. 1654. BENDIX CORP. ET AL. *v.* BALAX, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 1523. MOSCA *v.* UNITED STATES. Ct. Cl. Motion to dispense with printing petition granted. Certiorari denied.

No. 1558. ZIMMERMAN *v.* UNITED STATES ET AL. C. A. 3d Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 1560. SOMMER ET AL. *v.* UNITED STATES. C. A. 7th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 288, Misc. REYES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 567, Misc. CLAYTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 705, Misc. WHITTED *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 788, Misc. BRADFORD *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 909, Misc. McCLAIN *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 1053, Misc. TERRY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.